**FORM 8. Entry of Appearance**

**UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

Illumina Cambridge Ltd.   v.   Intelligent Bio-Systems, Inc.

No. 15-1243

**ENTRY OF APPEARANCE**

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se   ☑ As counsel for:   Intelligent Bio-Systems, Inc.
Name of party

I am, or the party I represent is (select one):

☐ Petitioner   ☐ Respondent   ☐ Amicus curiae   ☐ Cross Appellant
☐ Appellant   ☑ Appellee   ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant   ☐ Respondent or appellee

My address and telephone are:

Name: Robert R. Baron
Law firm: Ballard Spahr LLP
Address: 1735 Market Street, 51st Floor
City, State and ZIP: Philadelphia, PA 19103
Telephone: 215-864-8335
Fax #: 215-864-8999
E-mail address: baron@ballardspahr.com

Statement to be completed by counsel only (select one):

☑ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☐ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 1/29/1996

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

☐ Yes   ☑ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

01/23/15                              /s/ Robert R. Baron
Date                                   Signature of pro se or counsel

cc: Certificate of Service attached

**Form 30**

**FORM 30. Certificate of Service**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on Jan 23, 2015 by:

☐ US mail
☐ Fax
☐ Hand
☒ Electronic Means
  (by email or CM/ECF)

| | |
|---|---|
| Marc S. Segal | /s/ Marc S. Segal |
| Name of Counsel | Signature of Counsel |

Law Firm: Ballard Spahr LLP
Address: 1735 Market Street, 51st Floor
City, State, ZIP: Philadelphia, PA 19103
Telephone Number: 215-864-8843
FAX Number: 215-864-8999
E-mail Address: segalm@ballardspahr.com

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.